**Order entered April 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01092-CR
## No. 05-14-01093-CR

**LENWARD EARL GOREE JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-53643-K, F13-62239-K**

## ORDER

The Court **REINSTATES** the appeals.

On January 16, 2015, we ordered the trial court to make findings regarding whether the cases involve plea bargain agreements and also ordered the trial court to prepare certifications of appellant's right to appeal that accurately reflect the proceedings. On April 7, 2015, we received certifications that state both that appellant waived his right to appeal and that he has no right to appeal the plea bargains. The clerk's records filed on April 9, 2015 contain the documents that support the certifications. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005)

Accordingly, we **DENY** appellant's March 31, 2015 pro se motion to appoint counsel. We will dispose of the appeals in due course.

We **DIRECT** the Clerk to send copies of this order, to Lenward E. Goree, Jr. and to the Dallas County District Attorney's Office.

/s/     LANA MYERS
             JUSTICE